1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416                    **E-filed 8/16/05**
   San Jose, California  95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   ELMA ANASTASIA WINTER
6

7

8              **IN THE UNITED STATES DISTRICT COURT**
               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                      **SAN JOSE DIVISION**

10  ELMA ANASTASIA WINTER,                 Case No.  C05-02402-JF-RS

11                       Plaintiff,

12  v.                                      **NOTICE OF VOLUNTARY**
                                            **DISMISSAL WITH PREJUDICE**
13  BLEIER & COX, a general partnership,     AND ORDER
    ELIZABETH ANN BLEIER, individually
14  and in her official capacity, JAMES EMIT
    COX, individually and in his official
15  capacity, and RICHARD EVANS GOLDEN,
    individually and in his official capacity,
16
                         Defendants.
17

18       COMES NOW the Plaintiff, ELMA ANASTASIA WINTER, by and through counsel, Fred

19  W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully

20  notifies this Court that Plaintiff, ELMA ANASTASIA WINTER, hereby dismisses, with prejudice,

21  all claims made by her against BLEIER & COX, ELIZABETH ANN BLEIER, JAMES EMIT COX,

22  and RICHARD EVANS GOLDEN, in her Complaint filed herein on June 14, 2005.  Plaintiff further

23  notifies the Court that her dispute with the Defendants has been settled.

24

25                                          CONSUMER LAW CENTER, INC.

26                                          By: /s/ Fred W. Schwinn
    8/15/05                                     Fred W. Schwinn, Esq.
27                                              Attorney for Plaintiff
                                                ELMA ANASTASIA WINTER
28  IT IS SO ORDERED.
    /s/electronic signature authorized
     Judge Jeremy Fogel, United States District Court

---

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE                  Case No. C05-02402-JF-RS